IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATINA EMBREY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) No. 09 CV 3470 |
| -vs- | ) |
| | ) *(Judge Gettleman)* |
| THOMAS J. DART, etc. et al., | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF MOTION

TO: Patrick S. Smith, ASA
500 Daley Center
Chicago, IL 60602

**YOU ARE HEREBY NOTIFIED** that an attorney for plaintiff will appear before the Honorable Robert W. Gettleman on Tuesday, March 9, 2010 at 9:15 a.m. and present plaintiff's MOTION FOR APPOINTMENT OF SPECIAL ADMINISTRATOR FOR THE ESTATE OF KATINE EMBREY.

*/s/ Kenneth N. Flaxman*

KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*an attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. Smith, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)